UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SAMANTHA R. BABCOCK,

    Plaintiff,

        v.                            Case No. 21-CV-326

GENERAC POWER SYSTEMS, INC.

    Defendant.

---

## STIPULATION OF VOLUNTARY DISMISSAL

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the undersigned counsel of record for all parties to the above-captioned action hereby stipulate that the above-captioned action is voluntarily dismissed, with prejudice, and without costs or fees to any party.

**STIPULATED TO:**

Dated: February 7, 2022.

AMY F. SCARR, S.C.

*/s/ Amy F. Scarr*
Amy F. Scarr, S.C.
Attorney at Law
State Bar No. 1016179
5201 E. Terrace Dr., Suite 375
Madison, WI 53718
Tel: (608) 255-6610
Fax: (608) 255-6710
Email: attorneyamyscarr@gmail.com

**ATTORNEY FOR PLAINTIFF**

1

2

| | |
|---|---|
| Dated: February 7, 2022. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C. |

By: */s/ Mark A. Johnson*
 Mark A. Johnson
 *WI State Bar No. 1018110*
1243 N. 10th Street, Suite 200
Milwaukee, WI 53205
Tel: 414-239-6408
Fax: 414-755-8289
Email: mark.johnson@ogletree.com

**ATTORNEYS FOR DEFENDANT**

50221203.1